**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-mj-8500-WM**

**UNITED STATES OF AMERICA**

v

**FLOYD WILLIAMS JR.,**
                    **Defendant.**
_____/

FILED BY _____SW_____ D.C.

Jun 28, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

5. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? No

JASON REDING QUIÑONES
UNITED STATES ATTORNEY

By: _Violette Bishai_

VIOLETTE BISHAI
Assistant United States Attorney
Florida Bar No. 1044298
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
Tel: (561) 820-8711
Fax: (561) 820-8777
Violette.Bishai@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Floyd Williams Jr., | ) | Case No. 26-mj-8500-WM |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

**FILED BY____SW____D.C.**

**Jun 28, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 26, 2026_____ in the county of _____Palm Beach_____ in the _____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1594(a), 1591(a)(1) and 1591(b)(2) | Attempted Sex Trafficking of a Child |
| 18 U.S.C. § 2422(b) | Attempted Coercion and Enticement of a Minor to Engage in Sexual Activity |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

CARLOS SAMSON
Digitally signed by CARLOS SAMSON
Date: 2026.06.28 13:03:28 -04'00'

_____
_Complainant's signature_

Carlos Samson, Special Agent HSI
_____
_Printed name and title_

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: _____June 28, 2026_____

_William Matthewman_
_____
_Judge's signature_

City and state: _____West Palm Beach, FL_____

William Matthewman, Chief U.S. Magistrate Judge
_____
_Printed name and title_

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Carlos Samson, having been duly sworn, hereby depose and state:

**AGENT BACKGROUND**

1.      I have been a Special Agent with the Homeland Security Investigations (HSI) since December 2025.  I am currently assigned to the HSI West Palm Beach Special Victims Group which investigates violations involving Human Trafficking and Child Exploitation. I have attended and successfully completed the Criminal Investigator Training Program (CITP) located at the Federal Law Enforcement Training Center (FLETC) and the Homeland Security Investigations Special Agent Training (HSISAT) in Brunswick, Georgia. These training courses have provided me with over 600 hours of law enforcement investigative training. I have received training relating to the trafficking in persons, including sex trafficking, and other offenses.

2.      In this capacity, I am responsible for conducting criminal investigations of statutes contained in Title 18 of the United States Code, including crimes involving the sexual exploitation of minors, including sex trafficking, child pornography, and enticement violations.  I have received training on the proper investigative techniques for these violations, including the use of surveillance techniques and the application and execution of arrest and search warrants.  I have participated in numerous child exploitation and other criminal investigations.  These investigations have required me to work closely and share information and intelligence with members of other federal, state, and local law enforcement agencies.

3.      This affidavit is submitted in support of a criminal complaint charging Floyd WILLIAMS JR., (WILLIAMS) with attempted sex trafficking of a minor, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and 1594(a); and attempted coercion and

enticement of a minor to engage in sexual activity, in violation of Title 18, United States Code, Section 2422(b).

4. I submit there is probable cause that, on June 26, 2026, in Palm Beach County, in the Southern District of Florida, WILLIAMS, using a facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense. I also submit there is probable cause that on June 26, 2026 Williams did knowingly attempt to engage in a commercial sex act with a minor.

5. This affidavit is based on my personal investigation and investigation by others, including federal and local law enforcement officials whom I know to be reliable and trustworthy. The facts contained herein have been obtained by interviewing witnesses and examining documents obtained in the course of the investigation as well as through other means. This affidavit does not include every fact known to me about this investigation, but rather only those facts sufficient to establish probable cause.

## FACTUAL BACKGROUND

6. Beginning on or about June 26, 2026, law enforcement posted an undercover advertisement (the "Advertisement") on a website commonly used to advertise commercial sex acts.[1] The Advertisement contained an image of what appeared to be a young female with the following language: "Sweet Petite Treat – Incall/Car Date."

---

[1] Based on my training and experience, I know that the internet is a global network of computers, which is a means and facility of interstate commerce. I also know that the website on which the Advertisement was posted is maintained by an entity that is located outside of the United States, and the advertisements posted on that website are viewable outside of Florida.

7.      The Advertisement indicated that the person who would perform commercial sex acts was 51 years old.[2] The Advertisement depicted a female whose face was covered but appeared to have a thin petit build younger than 51. The Advertisement also contained a contact phone number (the "Advertisement Number") for potential targets interested in commercial sex acts. Law enforcement agents monitored the line. When a potential target engaged with the Advertisement Number, an undercover agent ("UC") would respond and communicate with potential sex buyers, including WILLIAMS.

8.      On or about June 26, 2026, WILLIAMS contacted the Advertisement Number via text message using a phone number ending in 2198. On the other end of the Advertisement Number was UC1. WILLIAMS and UC1 discussed exchanging sexual acts for money. Specifically, UC1 stated that a minor girl—aged 15-years-old was available for various sex acts in exchange for money.  The user of the 2198 number agreed to pay $180 to have sex with the 15-year-old girl without a condom during a 30-minute date.

| 2198 Number | What's up sexy you available for car date hh |
|---|---|
| Advertisement Number | hey love, shes available for a car date but incall only. shes yng. gotta make sure shes safe |
| 2198 Number | Okay |
| Advertisement Number | okay babe. shes 15, u cool wit that? |
| 2198 Number | You not the police |
| Advertisement Number | no baby, are you a cop? |
| 2198 Number | No can you call me |
| Advertisement Number | yeah babe we have to video verify with u to make sure ur cool and not a cop |

---

[2] Law enforcement agents used a website that is known for containing prostitution advertisements but requires users to be at least 18 years old. Based on my training and experience, I know that this website and others like it have been used by traffickers to advertise the commercial sex acts of children under the age of 18.

3

| | |
|---|---|
| Advertisement Number | but we only video verify with serious clients. do u want a service with her or no |
| 2198 Number | Video call me |
| Advertisement Number | like i said. u have to video call with us to vrify. but we aint doing that if ur not a serious client babe. |
| Advertisement Number | cuz i aint messing with no cops |
| 2198 Number | Okay |
| 2198 Number | Me either |
| Advertisement Number | okay babe. u want a service with her or no? if so, lemme know what service and then we can video call w her |
| 2198 Number | Yes |
| Advertisement Number | ok bby. qv 120, hh 160, 1 hr 220 |
| 2198 Number | Hh |
| Advertisement Number | okay babe. if u wanna fuck raw or anal thats extra for her |
| 2198 Number | Okay how much for raw |
| 2198 Number | No anal |
| Advertisement Number | just an extra 20 for raw babe |
| 2198 Number | Okay |
| Advertisement Number | ok bby, hh 180 total wit raw |
| Advertisement Number | do u have facetime |
| 2198 Number | What's app |
| Advertisement Number | okay babe we're finishing dinner rq so lemme finish eating nd we'll vdeo u in a few |
| Advertisement Number | u want me to whatsapp u on this # u got |
| 2198 Number | Yes |
| Advertisement Number | okay love imma call u in a few |
| 2198 Number | Okay 👍 |

4

9. Based on my training and experience, I know that "QV" is commonly used acronym for "quick visit," "HH" is a commonly used acronym for "half an hour."

10. During the text exchange, WILLIAMS and UC1 agreed to a video call. Later that day, UC1 video called WILLIAMS by calling the number ending in 2198. WILLIAMS virtually met UC1 and a fictious 15-year-old girl (UC2).[3] During the call UC1 and WILLIAMS discussed that it would be UC2 performing the commercial sex acts. UC1 asked WILLIAMS, "you know she's 15 right?" and WILLIAMS responded, "yea."

11. WILLIAMS and UC1 agreed that WILLIAMS would meet UC1 and UC2 at a pre-determined location in Palm Beach County, Southern District of Florida, later that night. Shortly thereafter, WILLIAMS arrived at the pre-determined location where he was instead met with law enforcement. WILLIAMS was arrested and a search incident to arrest revealed a cellphone on his person. Law enforcement called the 2198 number in the presence of the responding officers and the cell phone found on WILLIAMS's person rang.

12. WILLIAMS was transported to a different location where he was interviewed. WILLIAMS was advised of *Miranda* warnings and agreed to speak with law enforcement.

13. During the post-*Miranda* interview, WILLIAMS admitted to browsing a prostitution website looking for sex. WILLIAMS acknowledged that he had traveled to the location to have sex with a 15-year-old girl. WILLIAMS confirmed he is a registered sex offender due to a prior conviction involving a minor.

14. Records check reveals WILLIAMS was convicted of Felony Lewd or Lascivious Battery and Impregnation of a Child in Palm Beach County on December 13, 2014, 50-2013-CF-008870-AXXX-MB, for which he served 5 years in Florida State Prison.

---

[3] UC2 is an adult that was posing in an undercover capacity as a 15-year teenager.

## CONCLUSION

15.     Based on the foregoing, I respectfully submit that there is probable cause to support a criminal complaint charging WILLIAMS with attempted sex trafficking of a minor, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and 1594(a); and attempted coercion and enticement of a minor to engage in sexual activity, in violation of Title 18, United States Code, Section 2422(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

CARLOS SAMSON
Digitally signed by CARLOS SAMSON
Date: 2026.06.28 13:05:30 -04'00'

Carlos Samson, Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by FaceTime, on this 28 day of June 2026

WILLIAM MATTHEWMAN
CHIEF UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:   FLOYD WILLIAMS JR.,

**Case No**:            26-mj-8500-WM

Count 1: Attempted Sex Trafficking of a Child

18 U.S.C. §§ 1594(a), 1591(a)(1), and 1591(b)(2)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Minimum 5 years to life
* **Max. Fine:** $250,000
* **Special Assessment**: $100.00

Count 2: Attempted Coercion and Enticement of a Minor to Engage in Sexual Activity

18 U.S.C. § 2422(b)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Minimum 5 years to life
* **Max. Fine:** $250,000
* **Special Assessment**: $100.00

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**